UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ASSOCIATION OF AMERICAN PHYSICIANS AND SURGEONS, INC., et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 93-0399 (RCL) |
| HILLARY RODHAM CLINTON, et al., | ) ) ) | |
| Defendants. | ) | |

FILED

MAR 25 2003

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

## MEMORANDUM AND ORDER

This matter comes before the court for further consideration of plaintiff's request for attorney's fees pursuant to the order of the D. C. Circuit, reported at 187 F.3d 655, overturning this court's award of attorney's fees, reported at 989 F. Supp. 8. The court must reluctantly agree with defendants that the subsequent decision of the Supreme Court in <u>Buckhannon Board and Care Home, Inc. v. West Virginia Department of Health and Human Resources</u>, 532 U.S. 598 (2001), forecloses any award in this case under the Equal Access to Justice Act.

Plaintiffs' failure to comply with the safe harbor provision of Rule of Civil Procedure 11c (1)(A), likewise forecloses any award under Rule 11.

The only proper motion for fees for discovery abuse that the court can entertain at this time is the one this court granted in its order of November 9, 1993, which was never separately quantified by the court.

Plaintiffs seek $21,411.15, 80 % of which is hereby awarded, and defendants are ordered to pay to plaintiffs' counsel the amount of $17, 138.93.

246

This case shall now stand terminated in its entirety on the dockets of this court.

SO ORDERED.

*Royce C. Lamberth*
Royce C. Lamberth
United States District Judge

DATE: 3-25-03